JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAMEAKA STATEN<br><br>            Plaintiff,<br><br>   v.<br><br>EQUIFAX INFORMATION SERVICES LLC, TRANSUNION, LLC, EXPERIAN INFORMATION SOLUTIONS INC, JPMORGAN CHASE BANK CHASE AUTO FINANCE<br><br>            Defendants. | **CASE NO.  2:22-cv-04583-JFW-PDx**<br><br>**ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANT JPMORGAN CHASE BANK, N.A. (ERRONEOUSLY SUED AS "JPMORGAN CHASE BANK" AND "CHASE AUTO FINANCE")**<br><br>Judge:   Hon. John F. Walter<br>Dept.:   7A<br><br>Complaint Filed:   July 5, 2022<br>Trial Date: |

Plaintiff Tameaka Staten and Defendant JPMorgan Chase Bank, N.A have announced to the Court that all matters in controversy against JPMorgan Chase Bank, N.A. have been resolved. A Stipulation of Dismissal with Prejudice of JPMorgan Chase Bank, N.A. has been signed and filed with the Court. Having considered the Stipulation of Dismissal with Prejudice of JPMorgan Chase Bank, N.A., the Court makes and delivers the following ruling: IT IS ORDERED that the claims and causes of action that were or could have been asserted herein by Plaintiff Tameaka Staten against Defendant JPMorgan Chase Bank, N.A. are in all respects dismissed with prejudice to the refiling of same, with court costs and attorneys' fees to be paid by the party incurring same.

Dated this 27th day of April, 2023.

_____
Honorable John F. Walter
UNITED STATES DISTRICT JUDGE

1

Case No.: 2:22-cv-04583-JFW-PDx

ORDER RE DISMISSAL